UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CASE NO. 14-1214

FLEXITEEK AMERICAS, INC.,

    Plaintiffs-Appellants,

vs.

PLASTEAK, INC.,

    Defendants-Appellees.

_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Michael I. Santucci, Esq. of Santucci Priore, P.L. as counsel of record for Appellants, FLEXITEEK AMERICAS, INC. and FLEXITEEK INTERNATIONAL AS.

    Respectfully Submitted,

    SANTUCCI PRIORE, P.L.
    *Counsel for Appellants*
    200 South Andrews Avenue, Suite 100
    Fort Lauderdale, Florida 33301
    (954) 351-7474/telephone
    (954) 351-7475/facsimile

By:   /s/ Michael I. Santucci
       Michael I. Santucci, Esq.
       Florida Bar No. 105260
       mis@500law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>22nd</u> day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By:   <u>/s/ Michael I. Santucci</u>
                               Michael I. Santucci, Esq.
                               Florida Bar No. 105260
                               mis@500law.com

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FLEXITEEK AMERICAS, INC.
vs.
PLASTEAK, INC.

CASE NO. 14-1214

**SERVICE LIST**

Robert E. Pershes, Esq.
Florida Bar No. 301906
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, Florida 33301
Telephone: (954) 462-4150
Facsimile: (954) 462-4260
Email: rpershes@ralaw.com
    serve.rpershes@ralaw.com
*Attorney for Appellees PLASTEAK, INC. and PLASDECK, INC.*
Service via CM/ECF and e-mail.

Ronald S. Kopp, Esq.
Ohio Bar No. 0004950
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 849-6644
Email: rkopp@ralaw.com
*Attorney for Appellees PLASTEAK, INC. and PLASDECK, INC.*
Service via CM/ECF and e-mail.

Vijay Gibran Brijbasi, Esq.
Florida Bar No. 15037
Roetzel & Andress, LPA
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, Florida 33301
Telephone:  (954) 462-4150
Facsimile:  (954) 462-4260
Email: vbrijbasi@ralaw.com

serve.vbrijbasi@ralaw.com
*Attorney for Appellees PLASTEAK, INC. and PLASDECK, INC.*
Service via CM/ECF and e-mail.