NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLEXITEEK AMERICAS, INC., a Florida corporation, FLEXITEEK INTERNATIONAL AS, a foreign corporation,**
*Plaintiffs – Appellants,*

v.

**PlasTEAK, INC., an Ohio corporation, PlasDECK, INC., an Ohio corporation,**
*Defendants – Appellees.*

---

14-1214

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:12-cv-60215-PAS United States District Judge Patricia A. Seitz.

---

ON MOTION

O R D E R

Upon consideration of the Appellants Flexiteek Americas, Inc., et al.'s unopposed motion to extend time to file their principal brief until April 24, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                           FOR THE COURT

February 18, 2014                /s/ Daniel E. O'Toole
                                           Daniel E. O'Toole
                                           Clerk of Court

cc: Vijay Gibran Brijbasi
Ronald S. Kopp
Robert Edward Pershes
Michael I Santucci