# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**14-1214 - Flexiteek Americas, Inc. v. PlasTEAK, Inc.**

**Brief of Plaintiff-Appellants Flexiteek America's, Inc. and Flexiteek International AS**

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "CORRECTED" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

May 16, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 14-1214 - Flexiteek Americas, Inc. v. PlasTEAK, Inc.

The Brief of Plaintiff-Appellants Flexiteek America's, Inc. and Flexiteek International AS has been rejected for following reasons:

- The cover does not follow the official caption provided by the clerk. Fed. R. App. P. 32(a)(2)(C-D); Practice Note 32 (In the caption portion of your brief, you did not list all of the appellants. The court notes that in your brief "title", you listed both appellants)

Please note:

The brief cover should exactly match the caption provided in CM-ECF with no amendments.

The brief should be tendered as corrected, corrected on the cover, and a new proof of service within the brief.

Please do not send paper copies to the court until your brief has been accepted for filing.